| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| G. Thomas Martin, III, SBN 218456<br>15760 Ventura Blvd Ste 1100<br>Encino       CA       91436 | (818) 907-2030 | |
| ATTORNEY FOR (Name)   Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

SHORT TITLE OF CASE
**NEWMAN v THE LAW OFFICES OF ST. AMANT**

| 2373526 | (HEARING) Date | Time | Dept | Case Number:<br>**212CV02127LKKKJN** |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>**ERIC PAUL NEWMAN** |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:
   - SUMMONS IN A CIVIL CASE AND COMPLAINT
   - CIVIL COVER SHEET
   - ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE
   - NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS
   - NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION
   - STIPULATION TO ELECT REFERRAL OF ACTION

3. a. PARTY SERVED:   THE LAW OFFICES OF ST. AMANT AND ASSOCIATES

   b.                 PAT SMITH, AGENT FOR SERVICE

4. ADDRESS:          1 Ridgegate Drive Ste 210
                     Temecula         CA        92590

5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
     ON   8/24/2012   AT   10:30:00 AM
   b. BY LEAVING THE DOCUMENTS LISTED IN 2 WITH OR IN THE PRESENCE OF:
      LESLIE WILLIAMS, EMPLOYEE APPARENTLY IN CHARGE
      AFRICAN AMERICAN FEMALE 40YRS 5'6" 175LBS. BLACK HAIR BLACK EYES
   (1) (BUSINESS) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE OFFICE OR USUAL PLACE OF BUSINESS OF THE PERSON TO BE SERVED. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   d. ON BEHALF OF:   THE LAW OFFICES OF ST. AMANT AND ASSOCIATES

                      PAT SMITH, AGENT FOR SERVICE
   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 416.10 (CORPORATION)

| | | | |
|---|---|---|---|
| 7a. Person Serving: | Larry | Ballesteros | d. The fee for service was   $86.60 |
| | | | e. I am: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | | (1)   not a registered California process server:<br>(3) X   registered California process server:<br>  (i) Independent Contractor |
| c. (714) 662-5555 | | | (i) Registration No:                 588<br>(i) County:   SAN BERNARDINO |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Larry   Ballesteros

9/11/2012                                                                        X _____
                                                                                         SIGNATURE

Form Approved for Optional Use Judicial
Council of California                          **PROOF OF SERVICE**                     CRC 982(A)(23)
POS-010 [REV Jan 1 2007]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| G. Thomas Martin, III, SBN 218456<br>15760 Ventura Blvd Ste 1100<br>Encino    CA    91436 | (818) 907-2030 | |
| ATTORNEY FOR (Name)   Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
NEWMAN v THE LAW OFFICES OF ST. AMANT

| 2373526 | (HEARING) Date | Time | Dept | Case Number:<br>212CV02127LKKKJN |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>ERIC PAUL NEWMAN |

## DECLARATION OF REASONABLE DILIGENCE

PERSON TO SERVE: THE LAW OFFICES OF ST. AMANT AND ASSOCIATES

DOCUMENTS RECEIVED:
SUMMONS IN A CIVIL CASE AND COMPLAINT
CIVIL COVER SHEET
ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE
NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS
NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION
STIPULATION TO ELECT REFERRAL OF ACTION

I, Larry Ballesteros DECLARE THAT I MADE THE FOLLOWING ATTEMPTS TO EFFECT SERVICE BY PERSONAL DELIVERY.

BUSINESS: 1 Ridgegate Drive Ste 210
Temecula   CA   92590

THIS WAS SENT TO ME BY YOUR OFFICE ON 8/21/12
08/22/12   05:05 PM BUSINESS CLOSED
08/24/12   10:30 AM SUB-SERVED; LESLIE WILLIAMS, EMPLOYEE, PERSON APPARENTLY IN CHARGE, AFRICAN AMERICAN FEMALE 40YRS 5'6" 175LBS. BLACK HAIR BLACK EYES

| | | |
|---|---|---|
| 7a. Person Serving:   Larry Ballesteros | d. The fee for service was   $86.60 | |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | e. I am:<br>(1)  not a registered California process server:<br>(3) X registered California process server:<br>(i) Independent Contractor<br>(i) Registration No:   588 | |
| c. (714) 662-5555 | (i) County:   SAN BERNARDINO | |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Larry Ballesteros
9/11/2012

X_____
SIGNATURE

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| G. Thomas Martin, III, SBN 218456<br>15760 Ventura Blvd Ste 1100<br>Encino   CA   91436<br>ATTORNEY FOR (Name)   Plaintiff | (818) 907-2030 | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
NEWMAN v THE LAW OFFICES OF ST. AMANT

| 2373526 | (HEARING) Date | Time | Dept | Case Number: 212CV02127LKKKJN |
|---|---|---|---|---|
| | | | | REFERENCE NO. ERIC PAUL NEWMAN |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   08/27/2012

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS IN A CIVIL CASE AND COMPLAINT
CIVIL COVER SHEET
ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE
NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS
NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION
STIPULATION TO ELECT REFERRAL OF ACTION

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

THE LAW OFFICES OF ST. AMANT AND ASSOCIATES

PAT SMITH, AGENT FOR SERVICE
1 Ridgegate Drive Ste 210
Temecula   CA   92590

DECLARANT:   MONICA FIGUEROA

d. The fee for service was   $86.60
e. I am:
(1) X   not a registered California process server:
(3)   registered California process server:
   (i) Employee
   (i) Registration No:
   (i) County:   Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.   MONICA FIGUEROA

9/11/2012

X ___[signature]___
SIGNATURE

**PROOF OF SERVICE**