PAUL ST. AMANT SBN 236141
THE LAW OFFICES OF ST. AMANT & ASSOCIATES
One Ridgegate Drive, Ste. 210
Temecula, CA 92590
Tel: (909) 295-7000

Attorney for Defendant
THE LAW OFFICES OF ST. AMANT & ASSOCIATES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PAUL NEWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE LAW OFFICES OF ST. AMANT AND ASSOCIATES,<br><br>    Defendants. | Case No.: 2:12-cv-02127-LKK-KJNx<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF ERIC PAUL NEWMAN'S COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>(Unlawful Debt Collection Practices)<br><br>**Demand Does Not Exceed $10,000.00**<br><br>*DEMAND FOR JURY TRIAL* |

Defendants, THE LAW OFFICES OF ST. AMANT AND ASSOCIATES answers Plaintiff ERIC PAUL NEWMAN'S ("Plaintiff") Complaint for violations of the *Fair Debt Collection Practices Act 11 U.S.C. § 1692 et seq.* (hereinafter "FDCPA") as follows:

1. Defendants have no information or belief that any of the allegations in Plaintiff's complaint are true; therefore, Defendants deny any and all of the allegations contained in Plaintiff's Complaint. FURTHER, AS SEPARATE AFFIRMATIVE DEFENSES to each and every claim for relief of the complaint, Defendants are informed and believe and on such information and belief allege as follows:

## FIRST AFFIRMATIVE DEFENSE
(Failure to State Facts Sufficient to State a Claim)

2. As a first and separate affirmative defense, the answering Defendants are informed and therefore allege that Plaintiff's complaint and each claim for relief contained therein fails to state facts sufficient to state a claim against the answering Defendants.

3. Plaintiff has not provided any information to enforce the allegations contained in his complaint. Plaintiff has not identified or specified any particular dates and times of the alleged contact with Defendants, nor has Plaintiff provided any evidence to substantiate his claims.

## SECOND AFFIRMATIVE DEFENSE
(Contributory Negligence)

4. As a second and separate affirmative defense, Defendants are informed and therefore allege that Plaintiff's negligence contributed to the harm he suffered and is therefore precluded from requesting the relief contained in his complaint.

/ / /

/ / /

DEFENDANTS' ANSWER TO PLAINTIFF ERIC PAUL NEWMAN'S COMPLAINT AND DEMAND FOR JURY TRIAL

### THIRD AFFIRMATIVE DEFENSE

(Incorrect or Unenforceable)

5. As a third and separate affirmative defense, Defendants are informed and therefore allege that Plaintiff's complaint and each claim for relief contained therein is incorrect and/or unenforceable.

### FOURTH AFFIRMATIVE DEFENSE

(Estoppel)

6. As a fourth and separate affirmative defense, Defendants allege that Plaintiff is hereby denied to pursue any cause of action against the Defendants in this action due to Plaintiff's inability to provide any evidentiary basis for the claims asserted in his complaint.

**WHEREFORE**, answering Defendants demand a jury trial and pray for judgment as follows:

1. That Plaintiff take nothing by virtue of the Complaint;
2. That the Defendants be dismissed from the Complaint with prejudice;
3. That, if Plaintiff is awarded damages, those damages be apportioned to Defendant whose negligence proximately contributed to the incident;
4. For costs of suit incurred herein, and for such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED,

Dated: October 4, 2012

By: _____/s/ *Paul St. Amant*_____
Paul St. Amant Attorney for Defendants
LAW OFFICES OF ST. AMANT & ASSOCIATES

## PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I, am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is:

**3633 Inland Empire Blvd., Ste. 145, Ontario, CA 91764.**

On **October 4, 2012**, I personally served the foregoing document described as:

**DEFENDANTS' ANSWER TO PLAINTIFF ERIC PAUL NEWMAN'S COMPLAINT AND DEMAND FOR JURY TRIAL** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

G. Thomas Martin, III
PRYCE LAW GROUP, APC
15760 Ventura Blvd., Ste. 1100
Encino, CA 91436
Tel: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
*Attorney for Plaintiff* ERIC PAUL NEWMAN

Executed on **October 4, 2012** at Ontario, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Kevin G. Acosta