UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERIC PAUL NEWMAN, | No. CIV. S-12-2127 LKK/KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| THE LAW OFFICES OF ST. AMANT AND ASSOCIATES, | |
| Defendants. | |

Pursuant to court order, this matter is set for final pretrial conference on September 30, 2013 at 1:30 p.m.  Status Order filed October 31, 2012 (ECF No. 10) at 6.  Pursuant to that order, the parties were to file separate pretrial statements not less than fourteen days prior to the date of the final pretrial conference, and, not later than seven days prior to that date, a joint statement with respect to the undisputed facts and disputed factual issues of the case.  Id.; see also Local Rule 281(a).  No documents required by the order have been filed.

On September 26, 2013, counsel for plaintiff filed a declaration attesting to his unsuccessful efforts to contact

1

counsel for defendant to prepare the joint statement required by the October 31, 2012 order.  (ECF No. 11)  After review of that declaration, and good cause appearing, IT IS HEREBY ORDERED that:

    1.   Within fifteen days from the date of this order counsel for defendant shall show cause, if any he has, why sanctions, including an order striking the answer and entering default, should not be imposed for his failure to comply with the requirements of the October 31, 2012 scheduling order with respect to the preparation of pretrial documents;

    2.   The Clerk of the Court is directed to serve a copy of this order by certified mail on counsel for defendant at his address of record and at the addresses in paragraphs 6 and 7 of the Declaration of Plaintiff's Counsel filed September 26, 2013 (ECF No. 11); and

    3.   The pretrial conference set for September 30, 2013 is vacated.

    IT IS SO ORDERED.

    DATED:  September 26, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2