UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERIC PAUL NEWMAN, | No. CIV. S-12-2127 LKK/KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| THE LAW OFFICES OF ST. AMANT AND ASSOCIATES, | |
| Defendants. | |

By order filed September 26, 2013 (ECF No. 12), counsel for defendant was ordered to show cause, if any he had, why sanctions, including an order striking the answer and entering default, should not be imposed for his failure to comply with the requirements of the October 31, 2012 scheduling order with respect to the preparation of pretrial documents. The order was served on counsel for defendant electronically and by certified mail. On October 3, 2013, mail served on counsel for defendant was returned undelivered. The period for responding to the order to show cause has expired and counsel for defendant has not responded in any way thereto.

1

1        Accordingly, good cause appearing, IT IS HEREBY ORDERED
2   that:
3        1.  Defendant's answer (ECF No. 7) is stricken and the
4   Clerk of the Court is directed to enter defendant's default;
5        2.  Plaintiff is granted fifteen days from the date of
6   this order in which to file a motion for default judgment; and
7        3.  The Clerk of the Court is directed to serve a copy
8   of this order by certified mail on counsel for defendant at his
9   address of record and at the addresses in paragraphs 6 and 7 of
10  the Declaration of Plaintiff's Counsel filed September 26, 2013
11  (ECF No. 11).
12       DATED:  April 23, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2